pointment of counsel granted. Patricia A. Gilley, Esq., of Shreveport, La., is appointed to serve as counsel for petitioner.

No. 11–9394. SCARBOROUGH *v.* CHASE HOME FINANCE, LLC. Super. Ct. Pa. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 1008] denied. JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 11–9459. OPONG-MENSAH *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 1019] denied.

No. 11–9696. LEWELLYN ET VIR, ON BEHALF OF J. L. ET AL. *v.* SARASOTA COUNTY SCHOOL BOARD. C. A. 11th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [567 U. S. 904] denied.

No. 11–10630. DURONIO *v.* UNITED STATES. C. A. 3d Cir.; and
No. 11–10768. DURONIO *v.* WERLINGER, WARDEN. C. A. 3d Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 22, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 11–10801. IN RE NORMAN;
No. 11–10889. IN RE SCOTT;
No. 11–10924. IN RE SPILLMAN;
No. 11–10930. IN RE RENEAU;
No. 11–10933. IN RE EASTLAND;
No. 11–10995. IN RE HICKINGBOTTOM;
No. 11–11054. IN RE GREYER;
No. 11–11062. IN RE KIM;
No. 12–204. IN RE VADDE;
No. 12–5063. IN RE ORTIZ;
No. 12–5104. IN RE STERLING;
No. 12–5132. IN RE WILLIAMS;
No. 12–5425. IN RE EVANS;
No. 12–5564. IN RE ESSEX;
No. 12–5566. IN RE DIXON;

No. 12–5717. IN RE ABRAHAM;
No. 12–5719. IN RE BUCHANAN;
No. 12–5725. IN RE SMITHBACK;
No. 12–5954. IN RE BATTEN; and
No. 12–6050. IN RE WRIGHT. Petitions for writs of habeas corpus denied.

No. 11–10824. IN RE ALLEN. Petition for writ of habeas corpus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10860. IN RE DANIELS; and
No. 12–5053. IN RE SHOVE. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of habeas corpus dismissed. See this Court's Rule 39.8.

No. 11–1348. IN RE DEL RIO;
No. 11–9406. IN RE WRIGHT;
No. 11–10407. IN RE HAWK;
No. 11–10571. IN RE POYDRAS;
No. 11–10595. IN RE TOWNSEL;
No. 11–10611. IN RE GALLOWAY;
No. 11–10775. IN RE REYNOLDS;
No. 11–10814. IN RE SHELTON;
No. 11–10858. IN RE DAVIDSON;
No. 11–10913. IN RE JOHNSON;
No. 11–10947. IN RE CROSBY;
No. 11–11027. IN RE GOODWIN;
No. 12–84. IN RE EVANS;
No. 12–5118. IN RE WASHINGTON;
No. 12–5145. IN RE PHILLIPS;
No. 12–5150. IN RE BURKS;
No. 12–5170. IN RE NORIEGA-PEREZ;
No. 12–5360. IN RE HAYNES;
No. 12–5387. IN RE QUILLAR;
No. 12–5454. IN RE GUSTAFSON;
No. 12–5481. IN RE BELL; and
No. 12–5925. IN RE KELLEY. Petitions for writs of mandamus denied.

No. 12–5424. IN RE ESTRADA. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.